```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 19788
  JUAN M PANTOJA
  ANGELICA RAMIREZ                        CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

        Debtor
  SSN XXX-XX-9379    SSN XXX-XX-2140
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/25/07 and confirmed on 01/14/08.

2. The case was converted to Chapter 7 after confirmation, 03/18/2008.

3. The Debtor paid a total of $   832.62 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 13176.97 | .00 | .00 |
| GMAC RESCAP LLC | SECURED | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | 2592.00 | .00 | .00 |
| CITIZENS BANK | SECURED VEHIC | 3861.19 | 26.84 | 350.48 |
| A AND D MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ARS RECOVERY SERVICES LL | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED IMAGING SPECI | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| ELGIN SURGERIES | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| RAB INC | UNSECURED | NOT FILED | .00 | .00 |
| TARGET | UNSECURED | NOT FILED | .00 | .00 |
| THD CBSD | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TRG ACCOUNT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 19630.16 | .00 | .00 | .00 | 19630.16 |

```
PRINCIPAL PAID             350.48         .00         .00         .00      350.48
INTEREST PAID               26.84         .00         .00         .00       26.84
TOTAL PAID                 377.32         .00         .00         .00      377.32
```
The Debtor's attorney, JAMES A YOUNG & ASSOC        , was allowed $   3500.00
and was paid $    500.00  direct and $    410.86  through the plan.

The Trustee received $     44.44 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 06/26/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE